IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>                Plaintiff,<br><br>  -against-<br><br>NATIONAL FOOTBALL LEAGUE<br>ENTERPRISES, LLC, et al.,<br><br>                Defendants. | Civil Action No. MJG-12-1495 |
| FREDRICK E. BOUCHAT,<br><br>                Plaintiff,<br><br>  -against-<br><br>BALTIMORE RAVENS LIMITED<br>PARTNERSHIP,<br><br>                Defendant. | Civil Action No. MJG-12-1905 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON FAIR USE**

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, Defendants NFL Enterprises LLC, NFL Network Services, Inc., NFL Productions, LLC d/b/a NFL Films, and Baltimore Ravens Limited Partnership (collectively, "Defendants"), respectfully submit this joint motion for summary judgment (the "Motion") on all claims alleged in the Amended Complaint filed by Plaintiff Frederick E. Bouchat ("Bouchat" or "Plaintiff") in Civil Action No. MJG-12-1495 and the Complaint filed by Bouchat in Civil Action No. MJG-12-1905

(collectively, the "Actions").  As set forth more fully in the accompanying Memorandum in support of the Motion and Declarations of Andrea W. Trento, David Pattillo, and Gary Gertzog, all of which are incorporated herein by reference, Defendants are entitled to Summary Judgment in the Actions because the undisputed facts reveal that all of the alleged copyright violations of which Plaintiff complains constitute "fair use" for purposes of 17 U.S.C. § 107.

Dated: August 15, 2012

                                        Respectfully submitted,

                                        /s/

Robert L. Raskopf (admitted *pro hac vice*)
robertraskopf@quinnemanuel.com
Todd Anten (admitted *pro hac vice*)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (Phone)
(212) 849-7100 (Facsimile)

  - and –

Mark D. Gately (#00134)
mark.gately@hoganlovells.com
Andrea W. Trento (#28816)
andrea.trento@hoganlovells.com
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2742 (Phone)
(410) 659-2701 (Facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2012, I caused true and correct copies of Defendants' Motion for Summary Judgment on Fair Use, the Memorandum in Support of Defendants' Motion for Summary Judgment on Fair Use, the Declaration of Andrea W. Trento and Exhibits 1 through 8 thereto, the Declaration of David Pattillo,(the "Pattillo Declaration") and the Declaration of Gary Gertzog to be filed via the Court's Electronic Case Filing system, and that all parties are represented by counsel registered to receive service through such means. I further certify that that on August 15, 2012, I caused true and correct copies of the foregoing, as well as Exhibits 1 through 4 to the Pattillo Declaration, which are physical exhibits that will be filed manually with the clerk on August 16, 2012, to be served by Federal Express on the following:

Howard J. Schulman
Schulman and Kaufman LLC
One Charles Center
100 N Charles St., Suite 600
Baltimore, MD 21201

                                                                      /s/                         .
                                                                        Andrea W. Trento