```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

FREDERICK E. BOUCHAT              *

       Plaintiff          *

    vs.                           *   CIVIL ACTION NO. MJG-12-1495

NFL ENTERPRISES LLC, et al.       *

       Defendants         *

*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER RE: FAIR USE SUMMARY JUDGMENT

The Court has before it Defendants' Motion for Summary Judgment on Fair Use [Document 20] and the materials submitted relating thereto.  The Court has held a hearing and has had the benefit of the arguments of counsel.

In the Decision Re: Fair Use Issues issued herewith, the Court finds that the uses at issue in the instant case, uses in what are referred to therein as "the Documentaries," constitute fair uses within the meaning of 17 U.S.C. § 107.  "[T]he fair use of a copyrighted work . . . is not an infringement of copyright."  Id.  Therefore, Defendants are entitled to summary judgment.

Accordingly:

    1.   Defendants' Motion for Summary Judgment on Fair Use [Document 20] is GRANTED.

      2.    Judgment shall be entered by separate Order.

SO ORDERED, on <u>Monday, November 19, 2012</u>.

<pre>
                            /s/_____
                      Marvin J. Garbis
                 United States District Judge
</pre>