IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT                   *

              Plaintiff               *

      vs.                             *   CIVIL ACTION NO. MJG-12-1495

NFL ENTERPRISES LLC, et al.           *

              Defendants              *

*       *       *       *       *       *       *       *       *

JUDGMENT ORDER

        By separate Order issued this date, the Court has granted

summary judgment to Defendants.

        Accordingly:

        1.    Judgment is hereby issued in favor of Defendants,
              NFL Enterprises LLC, NFL Network Services, Inc.,
              and NFL Productions LLC d/b/a NFL Films, a
              subsidiary of NFL Ventures L.P., and against
              Plaintiff Frederick E. Bouchat, dismissing all
              claims with prejudice without costs.

        2.    This Order shall be deemed to be a final judgment
              within the meaning of Rule 58 of the Federal
              Rules of Civil Procedure.


        SO ORDERED, on Monday, November 19, 2012.


                                    /s/_____
                              Marvin J. Garbis
                              United States District Judge